

**FILED**

APR 3 0 2013

Clerk, U.S District Court
District Of Montana
Missoula

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| SIERRA CLUB, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PPL MONTANA LLC, et al., <br><br> Defendants. | CV-13-32-BLG-DLC-RKS <br> and <br> CV-12-52-BLG-DLC-RKS <br><br> **ORDER** |

The related causes are assigned to the undersigned and referred to United States Magistrate Judge Keith Strong by 28 U.S.C. § 636, Local Rule 72.2 and by Standing Order dated April 25, 2013, C.D. 30 (CV-13-32-BLG-DLC-RKS) and C.D. 42 (CV-12-52-BLG-DLC-RKS). Judge Strong recused himself from these cases in a Notice dated April 29, 2013. Therefore,

**IT IS HEREBY ORDERED** that this cause be referred to United States Magistrate Judge Jeremiah C. Lynch. The Clerk of Court is directed to forthwith

notify the parties of the making of this order.

Dated this 30th day of April, 2013.

*Dana L. Christensen*
Dana L. Christensen, Chief District Judge
United States District Court