UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

SIERRA CLUB, et al.,

        Plaintiffs

vs.

PPL MONTANA LLC, et al.,

        Defendants.

CV-13-32-BLG-DLC-JCL

O R D E R

Consent to the jurisdiction of a United States Magistrate Judge having been either withheld or met with objection,

IT IS ORDERED:

1. The case remains assigned to the Honorable Dana L. Christensen, United States District Judge, for all trial proceedings and entry of judgment and for final determination of all pretrial matters excepted from the jurisdiction of the Magistrate Judge by 28 U.S.C. § 636(b)(1)(A).

2. Pursuant to 28 U.S.C. § 636(b)(1)(A), the case is referred to the Honorable Jeremiah C. Lynch, United States Magistrate Judge, who will conduct all pretrial proceedings in this action.

3. Pursuant to 28 U.S.C. § 636(b)(1)(B), the case is referred to the Honorable Jeremiah C. Lynch, United States Magistrate Judge, who will conduct all necessary hearings and submit to the undersigned proposed findings of fact and recommendations for the disposition of all motions excepted from the Magistrate Judge's jurisdiction by 28 U.S.C. § 636(b)(1)(A).

4. The Clerk of Court is directed to forthwith notify the parties of the making of this order.

DATED this 11th day of June, 2013.

_____
Dana L. Christensen, Chief Judge
United States District Court