Norman J. Mullen, SBMT #5049
Special Assistant Attorney General
Montana Department of Environmental Quality
Legal Unit, Metcalf Building
P.O. Box 200901
Helena, Montana 59620-0901
Telephone: (406) 444-4961
email: nmullen@mt.gov

*Attorney for Proposed Amicus*
*Montana Department of Environmental Quality*



FILED

NOV 18 2013

Clerk, U.S. District Court
District of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SIERRA CLUB and MONTANA ENVIRONMENTAL INFORMATION CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>PPL MONTANA LLC, AVISTA CORP., PUGET SOUND ENERGY, PORTLAND GENERAL ELECTRIC CO., NORTHWESTERN CORP., and PACIFICORP,<br><br>Defendants. | Case No.1: 13-cv-00032-DLC-JCL<br><br>**Motion of Proposed Amicus Montana Department of Environmental Quality for Leave to File Amicus Brief Concerning Plaintiffs' First Motion for Partial Summary Judgment on the Applicable Method for Calculating Emission Increases from Modifications Made to the Colstrip Power Plant** |

The Montana Department of Environmental Quality (Department), through its attorney, Norman Mullen, hereby moves, pursuant to L.R. 7.5, for leave to file an amicus brief concerning the Plaintiffs' First Motion for Partial Summary Judgment, Doc. 64, filed on September 12, 2013.

Pursuant to L.R. 7.1(c)(1), Mullen contacted the attorneys for the parties in this case, and apprised them that the Department intended to file this motion. The attorneys for Defendants said that they agreed to this Motion; an attorney for Plaintiffs, David Bender, told Mullen that Plaintiffs did not object to the Department's appearance to argue legal matters, but would object if the Department sought to present any factual matter in its amicus brief. Attorney Bender also asked Mullen to represent to this court that the Plaintiffs request an opportunity to respond, within 14 days, to the Department's amicus brief if the court grants this motion.

The grounds for this motion are set forth in the accompanying brief.

//

//

//

//

//

//

WHEREFORE, the Montana Department of Environmental Quality respectfully requests (a) leave of this court to file an amicus brief concerning the Plaintiffs' Motion for Partial Summary Judgment and, (b) if leave is granted, that this court set a schedule for the Department to file its amicus brief and for the parties to respond to the amicus brief within 14 days after it is filed.

STATE OF MONTANA
DEPARTMENT OF ENVIRONMENTAL QUALITY

11/14/13
Date

By _____
NORMAN J. MULLEN
Special Assistant Attorney General
Attorney for Department

//

//

//

//

//

//

//

//

//

//

//

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Department's Motion for Leave to File Amicus Brief, was sent on November 14, 2013, via U.S. Mail, postage pre-paid, to the attorneys for the parties, addressed as follows:

John Heenan
Bishop & Heenan
3970 Ave D Suite A
Billings MT 59102

Roger Sullivan
McGarvey Heberling
Sullivan & McGarvey PC
745 South Main Street
Kalispell MT 59901-5341

George E Hays
236 W Portal Ave #110
San Francisco CA 94127

Stephen R. Brown
Garlington Lohn &
Robinson PLLP
350 Ryman Street
Missoula MT 59802

William W Mercer
Michael P Manning
Holland & Hart LLP
PO Box 639
Billings MT 59103-0639

David C Bender
McGillivray Westerberg & Bender LLC
211 S Paterson Street Ste 320
Madison WI 53703

Aubrey E. Baldwin
Earthrise Law Center
Lewis & Clark Law School
10015 SW Terwilliger Blvd
Portland OR 97219

William Bumpers
Joshua B Frank
Megan H Berge
Christine G Wyman
Baker Botts LLP
1299 Pennsylvania Ave NW
Washington DC 20004

Stephen D Bell
Dorsey & Whitney LLP
Millennium Building
125 Bank Street Ste 600
Missoula MT 59802-4407

B Andrew Brown
Dorsey & Whitney LLP
50 South Sixth St Ste 1500
Minneapolis, Minnesota 55402

*[signature]*