Page 1



Montana PSD Major Modification Process



