# Attachment 1



PPL Montana, LLC
Colstrip Steam Electric Station
P.O. Box 38
Colstrip, MT 59323
Tel. 406.748.5055  Fax 406.748.5000   PPL MONTANA, LLC

February 3, 2005

Ms. Julie Merkel, Environmental Specialist
Air Resources Management Bureau
Montana Department of Environmental Quality
PO Box 200901
Helena, MT 59620-0901

Dear Ms. Merkel:

I am writing as a follow-up to our phone conversation of January 20, 2005. As you requested, I would like to reiterate in writing what I told you on that call.

PPL Montana is planning to make the following plant efficiency modifications to the Corette and Colstrip Coal fired generating stations:

| Plant | Modification Description | Year |
|---|---|---|
| JE Corette | Modification of the low-pressure turbines, and replacement of the intermediate, and high-pressure turbines and associated components and controls. | Spring, 2005 |
| Colstrip Unit 1 | Replacement of the high and intermediate pressure turbines and associated components. | Spring, 2006 |
| Colstrip Unit 2 | Replacement of the high and intermediate pressure turbines and associated components | Spring, 2008 |
| Colstrip Unit 3 | Replacement of the high-pressure turbines and associated components. | Spring, 2007 |
| Colstrip Unit 4 | Replacement of the high-pressure turbines and associated components. | Fall, 2006 |

The new turbines will be designed to be more efficient and capture more energy out of the steam that passes through them. Consequently, the plants will operate more efficiently. There will be no increase in fuel consumption or emissions as a result of these changes. These modifications will result in expected net output increases of 8MW, 13 MW per unit, and 23 MW per unit for Corette, Colstrip Units 1&2, and Colstrip Units 3&4, respectively.

PL-0013940

PPL Montana routinely reviews our capital projects in order to adequately address any New Source Review (NSR) or Prevention of Significant Deterioration (PSD) issues resulting from such projects. We are in the process of completing our final review of these turbine projects, but our assessment is that these projects do not require additional permitting activity under NSR/PSD.

Because the Corette and Colstrip Units are base loaded units, and the fact that these projects are only improvements in unit efficiency, emissions will not increase as a result of these projects being implemented.

Julie, please contact me at your convenience if you should have any comments or questions. My direct line is (406)-748-5026.

Sincerely,

James M Parker
Manager, Environmental Engineering Department

JMP/jmp


CC:   Dan Gatch
      Steve Christian,
      Damon Obie/Dave Kinnard
      Pete Simonich
      Neil Dennehy
      A. Khanwalker/Reid Clemmer
      Robert J. Barkanic
      Jonathan Martel – Arnold and Porter

PL-0013941