# Attachment 2



CEM-12 copy to
CEM-11 each
J-6

**Montana Department of**
**ENVIRONMENTAL QUALITY**

Brian Schweitzer, Governor

P.O. Box 200901 • Helena, MT 59620-0901 • (406) 444-2544 • www.deq.mt.gov

May 19, 2005

James Parker
PPL Montana, LLC
P.O. Box 38
Colstrip, MT 59323

RE: Plant efficiency modifications to the Corette and Colstrip coal-fired generating stations

Dear Mr. Parker:

The Department of Environmental Quality (Department) reviewed the letter submitted by PPL Montana, LLC (PPL), describing the planned efficiency modifications to the J.E. Corette and Colstrip coal-fired generating stations. The J.E. Corette facility will undergo modification of the low-pressure turbines, and replacement of the intermediate and high-pressure turbines and associated components and controls. Colstrip Units 1&2 modifications will include replacement of the high and intermediate pressure turbines and associated components, and Colstrip Units 3&4 modifications will include replacement of the high-pressure turbines and associated components. The modifications will result in expected net output increases of 8MW for Corette, 13MW per unit for Colstrip 1&2, and 23 MW per unit for Colstrip 3&4.

The Department recognizes that the new turbines will be designed to be more efficient and capture more energy out of the steam that passes through them. These units are base loaded units, and these projects are only improvements in unit efficiency, with no associated increase in fuel consumption or emissions. Based on the information submitted, the Department determined that the modifications can be accomplished under the provisions of the Administrative Rules of Montana (ARM) 17.8.745.

If you have any questions or concerns regarding this letter, please contact me by telephone at (406) 444-3626 or by e-mail at jmerkel@mt.gov.

Sincerely,

Julie Merkel
Air Quality Specialist
Air Resources Management Bureau

Cc: Tom Ring - DEQ, EMB

CSTP_018977