IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SIERRA CLUB and MONTANA ENVIRONMENTAL INFORMATION CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>PPL MONTANA LLC, AVISTA CORPORATION, PUGET SOUND ENERGY, PORTLAND GENERAL ELECTRIC COMPANY, NORTHWESTERN CORPORATION, PACIFICORP<br><br>Defendants. | CV 13–32- BLG-DLC–JCL<br><br>ORDER |

The Parties having filed a Joint Motion for Second Amendment to Scheduling Order in this case, and good cause appearing, IT IS HEREBY ORDERED that the Parties' joint motion is GRANTED.

IT IS FURTHER ORDERED that the January 28, 2014 Scheduling Order (Doc. 91) is revised such that the following schedule will govern all further pretrial proceedings:

1

## Phase I Liability Schedule

| | |
|---|---|
| Expert reports (party with burden): | September 5, 2014 |
| Responsive expert reports: | October 24, 2014 |
| Rebuttal to responsive expert reports: | November 21, 2014 |
| Discovery deadline: | December 19, 2014 |
| Motions deadline (opening brief): | January 16, 2015 |
| Motions deadline (oppositions due): | February 13, 2015 |
| Motions deadline (replies due): | February 27, 2015 |
| Attorney conf. to prepare final pretrial order: | March 27, 2015 |
| Motions in limine due: | March 20, 2015 |
| Motions in limine opposition due: | April 10, 2015 |
| Motions in limine replies due (fully briefed): | April 24, 2015 |
| E-file final pretrial order and trial briefs | May 8, 2015 |
| Notice to Court Reporter of Intent to Use Real-Time: | May 8, 2015 |
| Notice to I.T. Supervisor of Intent to Use CD-ROM or Videoconferencing: | May 8, 2015 |
| Final pretrial conference: | May 28, 2015, at 2:30 p.m. in Missoula, Montana |
| Bench Trial: | June 8, 2015, at 9:00 a.m. in Missoula, Montana |

DATED this 9th day of April, 2014.

_Jeremiah C. Lynch_
Jeremiah C. Lynch
United States Magistrate Judge