IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SIERRA CLUB and MONTANA ENVIRONMENTAL INFORMATION CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>TALEN MONTANA LLC, AVISTA CORPORATION, PUGET SOUND ENERGY, PORTLAND GENERAL ELECTRIC COMPANY, NORTHWESTERN CORPORATION, PACIFICORP<br><br>Defendants. | CV 13–32- BLG-DLC–JCL<br><br>ORDER |

The Parties having filed a Joint Motion to Amend Scheduling Order in this case, and good cause appearing, IT IS HEREBY ORDERED that the Parties' joint motion is GRANTED.

-1-

IT IS FURTHER ORDERED that the May 5, 2015 Scheduling Order (Doc. 168) is revised such that the following schedule will govern all further pretrial proceedings:

## Phase I Liability Schedule

| | |
|---|---|
| Expert reports (party with burden): | completed |
| Plaintiffs' motion to strike affirmative defenses: | date passed |
| Responsive expert reports: | completed |
| Rebuttal to responsive expert reports: | completed |
| Discovery deadline: | completed |
| Motions deadline (opening brief): | completed |
| Motions deadline (oppositions due): | completed |
| Motions deadline (replies due): | completed |
| Attorney conference to prepare final pretrial order: | November 16, 2015 |
| Motions in limine due: | October 16, 2015 |
| Motions in limine oppositions due: | November 6, 2015 |
| Motions in limine replies due (fully briefed): | November 20, 2015 |
| E-file final pretrial order and trial briefs (and notices): | December 16, 2015 |
| Notice to Court Reporter of Intent to Use Real-Time: | December 16, 2015 |
| Notice to I.T. Supervisor of Intent to Use CD-ROM or Video Conferencing: | December 16, 2015 |

| | |
|---|---|
| Final pretrial conference, Russell Smith Courthouse Missoula, Montana: | March 3, 2016 at 2:30 p.m. |
| Exchange of Demonstrative Exhibits: | March 3, 2016 |
| Bench Trial, Russell Smith Courthouse Missoula, Montana: | March 7, 2016, at 9:00 a.m. |

Dated this 10th day of August, 2015.

/s/ Jeremiah C. Lynch
Jeremiah C. Lynch
United States Magistrate Judge