IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SIERRA CLUB and MONTANA ENVIRONMENTAL INFORMATION CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>TALEN MONTANA LLC, AVISTA CORPORATION, PUGET SOUND ENERGY, PORTLAND GENERAL ELECTRIC COMPANY, NORTHWESTERN CORPORATION, PACIFICORP<br><br>Defendants. | CV 13–32- BLG-DLC–JCL<br><br>ORDER |

The Parties having filed a Joint Motion to Amend Scheduling Order in this case, and good cause appearing, IT IS HEREBY ORDERED that the Parties' joint motion is GRANTED.

-1-

IT IS FURTHER ORDERED that the August 10, 2015 Scheduling Order (Doc. 260) is revised such that the following schedule will govern all further pretrial proceedings:

**Phase I Liability Schedule**

| | |
|---|---|
| Motions in limine due: | January 22, 2016 |
| Motions in limine oppositions due: | February 12, 2016 |
| Attorney conference to prepare final pretrial order: | February 22, 2016 |
| Motions in limine replies due (fully briefed): | February 26, 2016 |
| E-file final pretrial order and trial briefs (and notices): | March 25, 2016 |
| Notice to Court Reporter of Intent to Use Real-Time: | March 25, 2016 |
| Notice to I.T. Supervisor of Intent to Use CD-ROM or Video Conferencing: | March 25, 2016 |
| Final pretrial conference. Russell Smith Courthouse Missoula, Montana: | May 26, 2016 at 2:30 p.m. |
| Exchange of Demonstrative Exhibits: | May 26, 2016 |
| Bench Trial. Russell Smith Courthouse Missoula, Montana: | May 31, 2016 at 9:00 a.m. |

DATED this 13th day of October, 2015.

Jeremiah C. Lynch
United States Magistrate Judge