IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SIERRA CLUB and MONTANA ENVIRONMENTAL INFORMATION CENTER,<br><br>    Plaintiffs,<br><br>    vs.<br><br>TALEN MONTANA LLC, AVISTA CORPORATION, PUGET SOUND ENERGY, PORTLAND GENERAL ELECTRIC COMPANY, NORTHWESTERN CORPORATION, PACIFICORP<br><br>    Defendants. | CV 13–32- BLG-DLC–JCL<br><br>ORDER |

Plaintiffs Sierra Club and Montana Environmental Information Center ("Plaintiffs") bring this action against Defendants The Parties having filed a Joint Motion to Amend Scheduling Order in this case, and good cause appearing, IT IS HEREBY ORDERED that the Parties' joint motion is GRANTED.

IT IS FURTHER ORDERED that the October 13, 2015 Scheduling Order (Doc. 269) is revised such that the following schedule will govern all further pretrial proceedings:

**Phase I Liability Schedule**

| | |
|---|---|
| Motions in limine due: | Completed |
| Motions in limine oppositions due: | February 12, 2016 |
| Motions in limine replies due (fully briefed): | February 26, 2016 |
| Attorney Conference to Prepare Final Pretrial Order: | April 15, 2016 |
| Notice to Court Reporter of Intent to Use Real-Time: | May 2, 2016 |
| Notice to I.T. Supervisor of Intent to Use CD-ROM or Video Conferencing: | May 2, 2016 |
| E-file final pretrial order and trial briefs (and notices): | May 2, 2016 |
| Final pretrial conference (Russell Smith Courthouse Missoula, Montana): | May 26, 2016 at 2:30 p.m. |
| Exchange of Demonstrative Exhibits: | May 26, 2016 |
| Bench Trial (Russell Smith Courthouse Missoula, Montana): | May 31, 2016 at 9:00 a.m. |

DATED this 5th day of February, 2016

_____
Jeremiah C. Lynch
United States Magistrate Judge