IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SIERRA CLUB and MONTANA ENVIRONMENTAL INFORMATION CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>TALEN MONTANA LLC, AVISTA CORPORATION, PUGET SOUND ENERGY, PORTLAND GENERAL ELECTRIC COMPANY, NORTHWESTERN CORPORATION, PACIFICORP<br><br>Defendants. | CV 13–32- BLG-DLC–JCL<br><br>ORDER |

Plaintiffs Sierra Club and Montana Environmental Information Center move for the admission of Matthew Borden to practice before this Court in this case. William A. Rossbach, Roger Sullivan, and John Heenan agree to act as local counsel for Plaintiffs. Mr. Borden's application appears to be in order. Accordingly,

IT IS HEREBY ORDERED that Plaintiffs' motion to admit Matthew Borden pro hac vice is GRANTED on the condition that Mr. Borden shall do his

own work.  This means that Mr. Borden must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally.  Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

    IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Borden, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

    Dated this 28th day of October, 2016.

                                            Jeremiah C. Lynch
                                            United States Magistrate Judge