IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SIERRA CLUB and MONTANA ENVIRONMENTAL INFORMATION CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>TALEN MONTANA LLC, AVISTA CORPORATION, PUGET SOUND ENERGY, PORTLAND GENERAL ELECTRIC COMPANY, NORTHWESTERN CORPORATION, and PACIFICORP,<br><br>Defendants. | CV 13–32–BLG–DLC–JCL<br><br>ORDER<br><br>**FILED**<br><br>FEB 1 5 2017<br><br>Clerk, U S District Court<br>District Of Montana<br>Missoula |

United States Magistrate Judge Jeremiah C. Lynch entered findings and

recommendations in this case on January 30, 2017, recommending that Plaintiffs'

motion for attorney fees and costs be granted in the amount of $1,565,150.93, and

Defendants' cross motion for attorney fees and costs be denied. Defendants did

not object to the findings and recommendations, and so have waived the right to

de novo review thereof. 28 U.S.C. § 636(b)(1)(C). This Court reviews for clear

error those findings and recommendations to which no party objects. *See*

-1-

*McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.,* 656 F.2d 1309, 1313

(9th Cir. 1981); *Thomas v. Arn,* 474 U.S. 140, 149 (1985). Clear error exists if the

Court is left with a "definite and firm conviction that a mistake has been

committed." *United States v. Syrax,* 235 F.3d 422, 427 (9th Cir. 2000) (citations

omitted).

Having reviewed the findings and recommendations, the Court finds no

clear error in Judge Lynch's conclusion that Plaintiffs' motion for attorneys' fees

and costs be granted in the amount of $1,565,150.93, and Defendants' cross

motion be denied. This Court agrees that the Consent Decree requires the

Defendants to do something they were otherwise not legally obligated to do,

which enables the Plaintiffs to establish prevailing party status under

§ 304(d) of the Clean Air Act, 42 U.S.C. § 7604(d). Further, Plaintiffs achieved

some success on the merits by requiring Defendants to retire two units on the

Colstrip plant by mid-2022. The Court further agrees with Judge Lynch's analysis

that the $3.1 million in attorneys' fees requested by Plaintiffs should be reduced

by 50% to account for Plaintiffs' limited success. Finally, the Court agrees that

Defendants' cross motion for attorneys' fees is without merit because none of

Plaintiffs' claims were frivolous or unfounded.

Accordingly, IT IS ORDERED that Judge Lynch's Findings and

Recommendations (Doc. 355) are ADOPTED IN FULL. The Plaintiffs are

awarded $1,565,150.93 in attorneys' fees and costs.

IT IS FURTHER ORDERED that this case be DISMISSED. The Clerk of

Court shall CLOSE this matter and enter judgment pursuant to Rule 58 of the

Federal Rules of Civil Procedure.

DATED this 15th day of February, 2017.

Dana L. Christensen, Chief Judge
United States District Court