UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SIERRA CLUB and MONTANA ENVIRONMENTAL INFORMATION CENTER,<br><br>    Plaintiffs,<br><br>vs.<br><br>TALEN MONTANA LLC, AVISTA CORPORATION, PUGET SOUND ENERGY, PORTLAND GENERAL ELECTRIC COMPANY, NORTHWESTERN CORPORATION, and PACIFICORP,<br><br>    Defendants. | Case No. CV-13-32 -BLG-DLC-JCL<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    **JUDGMENT IN FAVOR OF PLAINTIFFS AGAINST DEFENDANTS.**
    Order filed 2/15/2017 docket entry 359; the Plaintiffs are awarded $1,565,150.93 in attorneys' fees and costs.

Dated this 16th day of February, 2017.

        TYLER P. GILMAN, CLERK

        By: /s/ Amanda Carrillo
          Deputy Clerk